IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3032 |
| v. ) | |
| ) | |
| RICARDO PERALES, SILVANO ) | |
| MICHEL and JESSICA YVONNE ) | ORDER |
| SERVIN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

Defendant Servin's motion to continue pretrial hearing, filing 28, is granted. The hearing on defendant Servin's motions to suppress, filings 21 and 22, will be held on May 13, 2005 at 10:00 a.m. for a duration of two hours. If additional motions are filed by the co-defendants and the court determines that the motions require a hearing, they will be set at this time also. The consolidated hearing will be set for a duration of six hours.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge