```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA YVONNE SERVIN, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

Upon defendant Servin's oral motion to enter a change of plea and request for hearing,

IT IS ORDERED,

1. Defendant's change of plea hearing is scheduled before the undersigned on **October** 25, 2005 at 1:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 11th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge