```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA YVONNE SERVIN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Defendant Servin has filed a petition to enter a plea of guilty, and has appeared before the undersigned to tender that plea.

IT THEREFORE HEREBY IS ORDERED: Defendant Servin's motions to suppress, filings 21 and 22, are denied as moot.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge